# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, § <br> 1152 Fifteenth Street, N.W., Suite 430 § <br> Washington, D.C. 20005, § <br>  § <br> MEAT INSTITUTE, § <br> 4201 Wilson Boulevard, Suite 0604 § <br> Arlington, VA 22203 § <br>  § <br> SOUTHWEST MEAT ASSOCIATION, § <br> 9696 E. State Highway 21, Suite 200 § <br> Bryan, TX 77808, § <br>  § <br> and § <br>  § <br> TEXAS BROILER COUNCIL, § <br> 595 Round Rock West Drive, Suite 305 § <br> Round Rock, TX 78681, § <br>  § <br> *Plaintiffs*, § <br>  § <br> v. § <br>  § <br> TOM VILSACK, in his official capacity as § <br> SECRETARY OF AGRICULTURE, § <br> 1400 Independence Avenue, S.W. § <br> Washington, D.C. 20250, § <br>  § <br> and § <br>  § <br> BRUCE SUMMERS, in his official capacity as § <br> ADMINISTRATOR of the AGRICULTURAL § <br> MARKETING SERVICE, § <br> 1400 Independence Avenue, S.W., § <br> Washington, D.C. 20250, § <br>  § <br> *Defendants*. § <br>  § | Civil Action No. 4:24-cv-03786 |

**FED R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF**
**<u>MEAT INSTITUTE</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Meat Institute certifies that the foregoing entity does not have a parent corporation and that no publicly held corporation owns 10% or more of Meat Institute.

Dated:  October 4, 2024                                     Respectfully submitted,

By: *Aaron R. Crane*
Aaron R. Crane
Texas SBN 24050459
Federal ID No. 619093
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1446
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com

Susan M. Cook (pro hac vice forthcoming)
Sean Marotta (pro hac vice forthcoming)
Brian Eyink (pro hac vice forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Susan.cook@hoganlovells.com
sean.marotta@hoganlovells.com
brian.eyink@hoganlovells.com

Nathaniel Nesbitt (pro hac vice forthcoming)
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
nathaniel.nesbitt@hoganlovells.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing **FED R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF MEAT INSTITUTE** was served on all counsel of record via the Court's CM/ECF system on October 4, 2024.

                                                                                  */s/ Aaron R. Crane*
                                                                                  Aaron R. Crane