# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL,<br>1152 Fifteenth Street, N.W., Suite 430<br>Washington, D.C. 20005,<br><br>MEAT INSTITUTE,<br>4201 Wilson Boulevard, Suite 0604<br>Arlington, VA 22203<br><br>SOUTHWEST MEAT ASSOCIATION,<br>9696 E. State Highway 21, Suite 200<br>Bryan, TX 77808,<br><br>and<br><br>TEXAS BROILER COUNCIL,<br>595 Round Rock West Drive, Suite 305<br>Round Rock, TX 78681,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TOM VILSACK, in his official capacity as<br>SECRETARY OF AGRICULTURE,<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250,<br><br>and<br><br>BRUCE SUMMERS, in his official capacity as<br>ADMINISTRATOR of the AGRICULTURAL<br>MARKETING SERVICE,<br>1400 Independence Avenue, S.W.,<br>Washington, D.C. 20250,<br><br>    *Defendants*. | Civil Action No. 4:24-cv-03786 |

## FED R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF
## <u>NATIONAL CHICKEN COUNCIL</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff National Chicken Council certifies that the foregoing entity does not have a parent corporation and that no publicly held corporation owns 10% or more of National Chicken Council.

Dated: October 4, 2024                    Respectfully submitted,

By: *Aaron R. Crane*
    Aaron R. Crane
    Texas SBN 24050459
    Federal ID No. 619093
    HOGAN LOVELLS US LLP
    609 Main Street, Suite 4200
    Houston, TX 77002
    Telephone: (713) 632-1446
    Facsimile: (713) 632-1401
    aaron.crane@hoganlovells.com

    Susan M. Cook (pro hac vice forthcoming)
    Sean Marotta (pro hac vice forthcoming)
    Brian Eyink (pro hac vice forthcoming)
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington DC 20004-1109
    Telephone: (202) 637-5600
    Facsimile: (202) 637-5910
    Susan.cook@hoganlovells.com
    sean.marotta@hoganlovells.com
    brian.eyink@hoganlovells.com

    Nathaniel Nesbitt (pro hac vice forthcoming)
    HOGAN LOVELLS US LLP
    1601 Wewatta Street, Suite 900
    Denver, CO 80202
    Telephone: (303) 899-7300
    Facsimile: (303) 899-7333
    nathaniel.nesbitt@hoganlovells.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **FED R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF NATIONAL CHICKEN COUNCIL** was served on all counsel of record via the Court's CM/ECF system on October 4, 2024.

/s/ *Aaron R. Crane*
Aaron R. Crane