# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL,<br>1152 Fifteenth Street, N.W., Suite 430<br>Washington, D.C. 20005,<br><br>MEAT INSTITUTE,<br>4201 Wilson Boulevard, Suite 0604<br>Arlington, VA 22203<br><br>SOUTHWEST MEAT ASSOCIATION,<br>9696 E. State Highway 21, Suite 200<br>Bryan, TX 77808,<br><br>and<br><br>TEXAS BROILER COUNCIL,<br>595 Round Rock West Drive, Suite 305<br>Round Rock, TX 78681,<br><br>*Plaintiffs,*<br><br>v.<br><br>TOM VILSACK, in his official capacity as<br>SECRETARY OF AGRICULTURE,<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250,<br><br>and<br><br>BRUCE SUMMERS, in his official capacity as<br>ADMINISTRATOR of the AGRICULTURAL<br>MARKETING SERVICE,<br>1400 Independence Avenue, S.W.,<br>Washington, D.C. 20250,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br><br><br><br><br>Civil Action No. 4:24-cv-03786 |

**FED R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF**
<u>**TEXAS BROILER COUNCIL**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Plaintiff Texas Broiler Council certifies that the foregoing entity does not have a parent corporation

and that no publicly held corporation owns 10% or more of Texas Broiler Council.

Dated:  October 4, 2024                            Respectfully submitted,


By:   *Aaron R. Crane*
      Aaron R. Crane
      Texas SBN 24050459
      Federal ID No. 619093
      HOGAN LOVELLS US LLP
      609 Main Street, Suite 4200
      Houston, TX 77002
      Telephone: (713) 632-1446
      Facsimile: (713) 632-1401
      aaron.crane@hoganlovells.com

      Susan M. Cook (pro hac vice forthcoming)
      Sean Marotta (pro hac vice forthcoming)
      Brian Eyink (pro hac vice forthcoming)
      HOGAN LOVELLS US LLP
      555 Thirteenth Street, N.W.
      Washington DC 20004-1109
      Telephone: (202) 637-5600
      Facsimile: (202) 637-5910
      Susan.cook@hoganlovells.com
      sean.marotta@hoganlovells.com
      brian.eyink@hoganlovells.com

      Nathaniel Nesbitt (pro hac vice forthcoming)
      HOGAN LOVELLS US LLP
      1601 Wewatta Street, Suite 900
      Denver, CO 80202
      Telephone: (303) 899-7300
      Facsimile: (303) 899-7333
      nathaniel.nesbitt@hoganlovells.com

      *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF TEXAS BROILER COUNCIL** was served on all counsel of record via the Court's CM/ECF system on October 4, 2024.

*/s/ Aaron R. Crane*

Aaron R. Crane
