UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|„
| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council ||||
| *versus* ||||
| Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sean Marotta<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109; (202) 637-4881<br>brian.eyink@hoganlovells.com<br>NJ Bar 024882010; NY Bar 4909230; DC Bar 1006494<br>USDC NJ; USDC DC |

| Name of party applicant seeks to appear for: | Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/10/2024 | Signed: *Sean Marotta* |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                                                United States District Judge