| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|
| *versus* |
| Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Susan M. Cook<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109; (202) 637-6684<br>susan.cook@hoganlovells.com<br>DC Bar No. 462978<br>Member USDC in DC, Eastern District TX & MD |

| Name of party applicant seeks to appear for: | Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/10/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____   _____
United States District Judge