| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council

*versus*

Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nathaniel Nesbitt<br>Hogan Lovells US LLP<br>1601 Wewatta Street, Suite 900<br>Denver, CO 80202; (303) 454-2538<br>nathaniel.nesbitt@hoganlovells.com<br>CO State Bar No. 44201<br>USDC Colorado; US Court Appeals Fed. Circuit, DC & 10th Cir. |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/10/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                              **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                              United States District Judge