Case 4:24-cv-03786 Document 15 Filed on 10/21/24 in TXSD Page 1 of 2

**National Chicken Council, et al.**

Plaintiff(s)

Case No.: 4:24-cv-03786

*vs.*

**Tom Vilsack, in his official capactiy as Secretary of Agriculture, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff National Chicken Council, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Meat Institute, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Southwest Meat Association, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Texas Broiler Council, Notice Regarding Consent to Jurisdiction of a Magistrate Judge with Consent to Proceed Before a Magistrate Judge, and Order Setting Conference

SERVE TO: Merrick B. Garland, Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 10/12/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 4887.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/14/24
Executed On

Michael Weaver

Client Ref Number:059760.000114
Job #: 2011172

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council <br><br> *Plaintiff(s)* <br><br> v. <br><br> Tom Vilsack, in his official capacity as SECRETARY OF AGRICULTURE, and Bruce Summers, in his official capacity as ADMINSTRATOR of the AGRICULTURAL MARKETING SERVICE <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-03786 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick B. Garland
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron R. Crane
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas 77002
(713) 632-1446

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: October 9, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*