# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, § <br> 1152 Fifteenth Street, N.W., Suite 430 § <br> Washington, D.C. 20005, § <br> § <br> MEAT INSTITUTE, § <br> 4201 Wilson Boulevard, Suite 0604 § <br> Arlington, VA 22203 § <br> § <br> SOUTHWEST MEAT ASSOCIATION, § <br> 9696 E. State Highway 21, Suite 200 § <br> Bryan, TX 77808, § <br> § <br> and § <br> § <br> TEXAS BROILER COUNCIL, § <br> 595 Round Rock West Drive, Suite 305 § <br> Round Rock, TX 78681, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> TOM VILSACK, in his official capacity as § <br> SECRETARY OF AGRICULTURE, § <br> 1400 Independence Avenue, S.W. § <br> Washington, D.C. 20250, § <br> § <br> and § <br> § <br> BRUCE SUMMERS, in his official capacity as § <br> ADMINISTRATOR of the AGRICULTURAL § <br> MARKETING SERVICE, § <br> 1400 Independence Avenue, S.W., § <br> Washington, D.C. 20250, § <br> § <br> *Defendants*. § <br> § | Civil Action No. 4:24-cv-03786 |

2

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council hereby disclose the following interested parties:

1. National Chicken Council, Plaintiff
   c/o undersigned counsel

2. Meat Institute, Plaintiff
   c/o undersigned counsel

3. Southwest Meat Association, Plaintiff
   c/o undersigned counsel

4. Texas Broiler Council, Plaintiff
   c/o undersigned counsel

Dated:  October 22, 2024 　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:  *Aaron R. Crane*　　　　
　　　　　　　　　　　　　　　　　　　　　　Aaron R. Crane
　　　　　　　　　　　　　　　　　　　　　　Texas SBN 24050459
　　　　　　　　　　　　　　　　　　　　　　Federal ID No. 619093
　　　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　　　609 Main Street, Suite 4200
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 632-1446
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 632-1401
　　　　　　　　　　　　　　　　　　　　　　aaron.crane@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　Susan M. Cook (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　　Sean Marotta (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　　Brian Eyink (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington DC 20004-1109
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-5600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 637-5910
　　　　　　　　　　　　　　　　　　　　　　Susan.cook@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　　　sean.marotta@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　　　brian.eyink@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　Nathaniel Nesbitt (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　　　1601 Wewatta Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 899-7300
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (303) 899-7333
　　　　　　　　　　　　　　　　　　　　　　nathaniel.nesbitt@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2024, a true and correct copy of Plaintiffs' Certificate of Interested Parties was electronically filed on the CM/ECF system which will automatically serve a Notice of Filing on all counsel of record.

                                                */s/ Aaron R. Crane*
                                                Aaron R. Crane