# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

National Chicken Council, et al.

**Plaintiff(s)**

Case No.: 4:24-cv-03786

vs.

Tom Vilsack, in his official capactiy as Secretary of Agriculture, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff National Chicken Council, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Meat Institute, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Southwest Meat Association, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Texas Broiler Council, Notice Regarding Consent to Jurisdiction of a Magistrate Judge with Consent to Proceed Before a Magistrate Judge, and Order Setting Conference in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/16/2024 at 12:40 PM, I served Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service at 1400 Independence Avenue, SW, Washington, DC 20250 with the Summons, Civil Cover Sheet, Complaint, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff National Chicken Council, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Meat Institute, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Southwest Meat Association, Fed R. Civ. P. 7.1 Disclosure Statement of Plaintiff Texas Broiler Council, Notice Regarding Consent to Jurisdiction of a Magistrate Judge with Consent to Proceed Before a Magistrate Judge, and Order Setting Conference by serving Davida White, Management Specialist, authorized to accept service.

Davida White is described herein as:

Gender: Female   Race/Skin: Black   Age: 44   Weight: 185   Height: 5'8"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/18/24
Executed On



Michael Weaver

Client Ref Number: 059760.000114
Job #: 2011171

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council<br><br>*Plaintiff(s)*<br>v.<br>Tom Vilsack, in his official capacity as SECRETARY OF AGRICULTURE, and Bruce Summers, in his official capacity as ADMINSTRATOR of the AGRICULTURAL MARKETING SERVICE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:24-cv-03786 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bruce Summers
1400 Independence Aveneue, S.W.
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron R. Crane
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas 77002
(713) 632-1446

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: October 9, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*