Case 4:24-cv-03786   Document 24   Filed on 11/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council

*versus*

Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Susan M. Cook<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109; (202) 637-6684<br>susan.cook@hoganlovells.com<br>DC Bar No. 462978<br>Member USDC in DC, Eastern District TX & MD |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/10/2024        Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 11/25/2024    Clerk's signature: [signature]

### Order

Dated: 11/26/24

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge