United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|
| *versus* |
| Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nathaniel Nesbitt<br>Hogan Lovells US LLP<br>1601 Wewatta Street, Suite 900<br>Denver, CO 80202; (303) 454-2538<br>nathaniel.nesbitt@hoganlovells.com<br>CO State Bar No. 44201<br>USDC Colorado; US Court Appeals Fed. Circuit, DC & 10th Cir. |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/10/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 11/25/2024   Clerk's signature *[signature]*

**Order**

Dated: 11/26/24

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge