UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|
| National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council ||||
| *versus* ||||
| Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bryan Burns, Vice President and Associate General Counsel<br>Meat Institute<br>4201 Wilson Boulevard, Suite 0604<br>Arlington, VA 22203<br>(202) 587-4240; bburns@meatinstitute.org<br>AR Bar No. 2000117<br>Member USDC ED AR, USDC WD AR, 8th & 10th Cir. Crts |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Meat Institute |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ ____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/27/2024 | Signed: *Bryan Burns* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     This lawyer is admitted *pro hac vice.*

Dated: _____     _____
                                    United States District Judge