Case 4:24-cv-03786   Document 28   Filed on 12/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council

*versus*

Tom Vilsack, in his official capacity as Secretary of Agriculture, and Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bryan Burns, Vice President and Associate General Counsel<br>Meat Institute<br>4201 Wilson Boulevard, Suite 0604<br>Arlington, VA 22203<br>(202) 587-4240; bburns@meatinstitute.org<br>AR Bar No. 2000117<br>Member USDC ED AR, USDC WD AR, 8th & 10th Cir. Crts |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Meat Institute |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/27/2024    Signed: *Bryan Burns*

The state bar reports that the applicant's status is: Active

Dated: 12/30/2024   Clerk's signature: *R. Hawkins*

**Order**

Dated: 12/30/24

This lawyer is admitted *pro hac vice*.

_____
United States District Judge