# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| National Chicken Council, et al. | § § | |
| *versus* | § § | Civil Action 4:24–cv–03786 |
| Tom Vilsack, et al. | § | |

# Notice of Referral of Motion
# to Magistrate Judge

    Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Yvonne Y. Ho to hear and determine the motion(s) identified below:

    Motion for Entry of Order – #26

Date: January 3, 2025.

    Nathan Ochsner, Clerk

    By: Joan Davenport
    Deputy Clerk