United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| National Chicken Council, et al., | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 4:24-cv-03786 |
| v. | § § § | |
| Tom Vilsack, in his official capacity as Secretary of Agriculture, et al., | § § § | |
| *Defendants*. | § | |

## ORDER SETTING BRIEFING SCHEDULE

The parties have filed a joint motion to vacate the initial scheduling conference and set a briefing schedule. Dkt. 26. The motion was referred to the undersigned on January 3, 2025. Dkt. 29.

Because this is an Administrative Procedure Act challenge, the parties agree that no discovery is warranted. Instead, the case should be resolved on the administrative record and through cross-motions for summary judgment.

Finding good cause, the Court **GRANTS** the parties' motion. It is **ORDERED** that the initial scheduling conference originally set for January 10, 2025 is **CANCELED**.

It is further **ORDERED** that in lieu of a standard scheduling order, the following deadlines shall govern this case:

| | |
|---|---|
| <u>February 12, 2025</u> | **Production of Administrative Record** |
| <u>March 12, 2025</u> | **Plaintiffs' Motion for Summary Judgment** |
| <u>April 9, 2025</u> | **Defendants' Opposition and Cross-Motion for Summary Judgment** |
| <u>April 30, 2025</u> | **Plaintiffs' Opposition and Reply** |
| <u>May 21, 2025</u> | **Defendants' Reply** |

Signed on January 6, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge