**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| National Chicken Council, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:24−cv−03786 |
| | § | |
| Tom Vilsack, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: January 10, 2025 at 9:30 am

Date: January 6, 2025

                                                                     Nathan Ochsner, Clerk