IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GARY WASHINGTON, in his official capacity as ACTING SECRETARY OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-03786 |

## **[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion for Leave to File Index of the Administrative Record, or Alternatively, to Manually File the Administrative Record, and for good cause shown, the Motion is hereby GRANTED. Defendants are ordered to file a complete index of the administrative record and certification of the record on the docket fourteen (14) days prior to the deadline for Plaintiffs' summary judgment motion. The parties are ordered to file appendices containing any portion of the administrative record on which their summary judgment briefing relies fourteen (14) days after Defendants file their Reply in Support of Their Cross-Motion for Summary Judgment.

[Alternatively] Defendants are ordered to manually file the administrative record by providing the Clerk's Office with an electronic copy of the record on a USB drive fourteen (14) days before Plaintiffs' deadline to file their motion for summary judgment.

**SO ORDERED.**

                                                                                                                      _____
                                                                                                                      HON. ANDREW S. HANEN
                                                                                                                      UNITED STATES DISTRICT JUDGE