United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

NATIONAL CHICKEN COUNCIL, *et al.*,

Plaintiffs,

v.

GARY WASHINGTON, in his official
capacity as ACTING SECRETARY OF
AGRICULTURE, *et al.*,

Defendants.

---

No. 4:24-cv-03786

## ORDER

Having considered Defendants' Unopposed Motion for Leave to File Index of the

Administrative Record, or Alternatively, to Manually File the Administrative Record, and for good

cause shown, the Motion is hereby GRANTED. Defendants are ordered to file a complete index of

the administrative record and certification of the record on the docket fourteen (14) days prior to the

deadline for Plaintiffs' summary judgment motion. The parties are ordered to file appendices

containing any portion of the administrative record on which their summary judgment briefing relies

fourteen (14) days after Defendants file their Reply in Support of Their Cross-Motion for Summary

Judgment.

[Alternatively] Defendants are ordered to manually file the administrative record by providing

the Clerk's Office with an electronic copy of the record on a USB drive fourteen (14) days before

Plaintiffs' deadline to file their motion for summary judgment.

**SO ORDERED.**

Signed: February 13, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE