Case 4:24-cv-03786   Document 36   Filed on 02/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GARY WASHINGTON, in his official capacity as ACTING SECRETARY OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-03786 |

### ORDER ON DEFENDANTS' CONSENT MOTION FOR STAY OF BRIEFING SCHEDULE

Having considered Defendants' Consent Motion for Stay of Briefing Schedule, and for good cause shown, the Motion is GRANTED. Defendants shall meet and confer with Plaintiffs and file a joint status report addressing how the parties would like to proceed with this action on or before April 11, 2025.

**SO ORDERED.**

SIGNED: February 13, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE