Case 4:24-cv-03786   Document 37   Filed on 03/26/25 in TXSD   Page 1 of 1
United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03786 |
|---|---|---|---|

National Chicken Council, et al.

*versus*

Tom Vilsack, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Taylor Pitz<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington DC 20005<br>(202) 305-5200<br>Taylor.N.Pitz@usdoj.gov<br>California State Bar No. 332080 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/27/2024 | Signed: | /s/ Taylor Pitz |
|---|---|---|

| The California State Bar reports that the applicant's status is:   Active |||
|---|---|---|
| Dated: February 20, 2025 | Clerk's signature | /s/ Joan Davenport, deputy clerk |

### Order

Dated: 3/26/25

This lawyer is admitted *pro hac vice*.

Andrew S. Hanen
United States District Judge