AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Western Organization of Resource Councils, Alabama Contract Poultry Growers Association, and Latino Farmers and Ranchers International                     .

Date: _____                    _____
                                           *Attorney's signature*

                                           _____
                                           *Printed name and bar number*

                                           _____
                                           *Address*

                                           _____
                                           *E-mail address*

                                           _____
                                           *Telephone number*

                                           _____
                                           *FAX number*