AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| National Chicken Council et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-03786 |
| Brooke Rollins et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Western Organization of Resource Councils, Alabama Contract Poultry Growers Association, and Latino Farmers and Ranchers International         .

Date:    04/01/2025

/s/ Q. Tate Williams
*Attorney's signature*

Q. Tate Williams | TBN 24013760
*Printed name and bar number*

Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006
*Address*

tate@hilderlaw.com
*E-mail address*

(713) 655-9111
*Telephone number*

(713) 655-9112
*FAX number*