**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>BROOKE ROLLINS, in her official capacity<br>as SECRETARY OF AGRICULTURE, *et al.*,<br><br>        *Defendants*. | No. 4:24-cv-03786 |

## JOINT STATUS REPORT

Pursuant to the Court's February 13, 2025 Order, ECF No. 36, the parties[1] jointly submit the following joint status report to provide an update to the Court regarding the proceedings in this action.

Defendants continue to consider their approach to this case. In the meantime, on April 1, 2025, a number of farmer and rancher organizations filed a motion to intervene as defendants in this case. *See* ECF No. 38. Both Plaintiffs and Defendants intend to oppose that motion in the ordinary course.

To facilitate the orderly resolution of this case, the parties propose that they submit a joint status report addressing further proceedings within thirty (30) days of the Court's resolution of the intervention motion.

Dated: April 11, 2025                    Respectfully submitted,

                                     YAAKOV M. ROTH
                                     *Acting Assistant Attorney General*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Agriculture Brooke Rollins is automatically substituted for Gary Washington.

1

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

*/s/  Aaron R. Crane*
Aaron R. Crane
HOGAN LOVELLS US LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 632-1446
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com

Susan M. Cook (pro hac vice)
Sean Marotta (pro hac vice)
Brian Eyink (pro hac vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com
sean.marotta@hoganlovells.com
brian.eyink@hoganlovells.com

Nathaniel Nesbitt (pro hac vice)
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 889-7300
Facsimile: (303) 899-7333
nathaniel.nesbitt@hoganlovells.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

On April 11, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice