IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL CHICKEN COUNCIL, et al., § § § *Plaintiffs*, § § v. § § TOM VILSACK, in his official capacity § as SECRETARY OF AGRICULTURE, et al., § § § *Defendants*. § § | Civil Action No. 4:24-cv-03786 |

### ORDER DENYING FARMER AND RANCHER ORGANIZATIONS' MOTION TO INTERVENE AS DEFENDANTS

Before the Court is a Motion to Intervene as Defendants (the "Motion") filed by Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Western Organization of Resource Councils, Alabama Contract Poultry Growers Association, and Latino Farmers and Ranchers International (collectively "Farmer and Rancher Organizations") (ECF 38). After considering the Motion, the Opposition filed by Plaintiffs National Chicken Council, et al., the evidence, the legal authority, the arguments of counsel, and all other things properly before the Court, the Court finds that the Motion should be DENIED.

It is so ORDERED.

Signed on this _____ day of _____, 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE