# HILDER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

819 Lovett Boulevard
Houston, Texas 77006-3905

Telephone (713) 655-9111
Facsimile (713) 655-9112
www.hilderlaw.com

May 9, 2025

**VIA ELECTRONIC FILING**

The Hon. Andrew Hanen
United States Courthouse
515 Rusk Street, Room 9110
Houston, TX  77002

      RE:    Request for Oral Hearing. *National Chicken Council, Meat Institute, Southwest Meat Association, and Texas Broiler Council v. Brooke Rollins, Secretary of Agriculture, and Bruce Summers, Administrator of the Agricultural Marketing Service*, In the United States District Court, Southern District of Texas, Houston Division, Civil Action No. 4:24-cv-03786.

Dear Judge Hanen:

      Proposed Intervenor-Defendants request an oral hearing on *Farmer and Rancher Organizations' Motion to Intervene as Defendants* (ECF No. 38). Plaintiffs and Defendants have filed responses in opposition to the motion (ECF Nos. 43 and 44) to which Proposed Intervenor-Defendants have replied (ECF No. 45).

      We believe that the Court would benefit from oral argument on this matter. After consultation, the other parties disagree. Plaintiffs do not think argument on the intervention motion is necessary, but indicated that they will of course participate if the Court prefers to hold argument. The Defendants oppose oral argument.

      Consistent with ¶7.K, "Young Lawyers," of the Court's Civil Procedures, Proposed Intervenor-Defendants will have Ms. Emily Miller of Food & Water Watch argue the motion at any oral hearing. She was the primary author of the motion. Ms. Miller is a 2020 graduate of the University of California, Berkely – School of Law, a member of the California Bar, and a recent admittee to the Southern District of Texas.

      If the Court has any questions or requires any additional information, please do not hesitate to contact us at your convenience.

      With regards,

      */s/ Stephanie K. McGuire*

      Stephanie K. McGuire
      Q. Tate Williams