IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NATIONAL CHICKEN COUNCIL, *et al.*,

    *Plaintiffs*,

v.

BROOKE ROLLINS, in her official capacity as SECRETARY OF AGRICULTURE, *et al.*,

    *Defendants*.

No. 4:24-cv-03786

## JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE

The parties provide an updated status report and propose the following case schedule.

This lawsuit was filed on October 4, 2024. On April 1, 2025, a number of farmer and rancher organizations moved to intervene as defendants. The parties opposed intervention. The Court has not yet ruled on intervention.

Defendants submit that the intervention motion should be resolved before further proceedings take place, but Plaintiffs now wish to proceed to summary judgment so that this case may be decided on the merits. The parties both believe that this lawsuit can be resolved on cross-summary judgment motions and on the basis of the administrative record, without any need for discovery or an evidentiary hearing. In the event the Court agrees with Plaintiffs that this case should proceed to resolution on the merits, the parties propose the following schedule for the Court's consideration:

| Administrative Record Filed | February 12, 2025 |
|---|---|
| Plaintiffs' Motion for Summary Judgment | October 31, 2025 |
| Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | December 12, 2025 |
| Plaintiffs' Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Their Motion for Summary Judgment | January 16, 2025 |
| Defendants' Reply in Support of their Motion for Summary Judgment | February 20, 2026 |

If the Court grants the movant-intervenors' motion to intervene, the parties propose that the intervenors file on the same schedule as Defendants.

Dated: September 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

/s/ Aaron R. Crane
Aaron R. Crane
HOGAN LOVELLS US LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 632-1446
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com

2

Susan M. Cook (*pro hac vice*)
Sean Marotta (*pro hac vice*)
Brian Eyink (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com
sean.marotta@hoganlovells.com
brian.eyink@hoganlovells.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On September 30, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/  Aaron R. Crane*
Aaron R. Crane
