United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL CHICKEN COUNCIL, *et al.*, | § § § § | |
| *Plaintiffs*, | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-3786 |
| | § | |
| TOM VILSACK, in his official capacity as | § | |
| SECRETARY OF AGRICULTURE, *et al.*, | § § | |
| | § | |
| *Defendants*. | § § | |

**ORDER**

Before this Court is Farmer and Rancher Organizations' Motion to Intervene as Defendants. One of the pertinent factors in considering an intervention motion is that of inadequate representation. Potential intervenors must demonstrate that their interests are inadequately represented by the existing parties. *Texas v. United States*, 805 F.3d 653, 661 (5th Cir. 2015); *La Union del Pueblo Entero v. Abbott*, 29 F.4th 299, 307–08 (5th Cir. 2022); *Louisiana v. Burgum*, 132 F.4th 918, 922 (5th Cir. 2025).

Previously, the Court granted Defendants' request to suspend their deadline to answer Plaintiffs' Complaint. (Doc. Nos. 26, 30). Nevertheless, in order to resolve the present Motion to Intervene, the Court now finds it necessary to know Defendants' position in this case. Defendants are **ORDERED** to answer Plaintiffs' Complaint within sixty (60) days. The Court will then consider the Motion to Intervene after the Defendants take a position.

Signed on this the 23rd day of April, 2026.

Andrew S. Hanen
United States District Judge