United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

NATIONAL CHICKEN COUNCIL, *et al.*,

*Plaintiffs*,

v.

BROOKE ROLLINS, in her official capacity as SECRETARY OF AGRICULTURE, *et al.*,

*Defendants*.

No. 4:24-cv-03786

**ORDER STAYING CASE**

Upon consideration of the parties' joint motion to stay the case and for good cause shown, the Court orders:

1. This case is stayed pending the outcome of Defendants' rulemaking reconsidering the U.S. Department of Agriculture's Final Rule, *Inclusive Competition and Market Integrity Under the Packers and Stockyards Act*, 89 Fed. Reg. 16,092 (Mar. 6, 2024).

2. Defendants must file a status report on the progress of the rulemaking within 90 days of the date of this order and every 90 days thereafter.

3. The parties must file a motion to govern further proceedings 21 days after the rulemaking is complete.

ANDREW S. HANEN
United States District Judge